LiLaw Inc.
J. James Li, Ph.D. (SBN 202855; Email: lij@lilaw.us)
Tony Abdollahi (SBN 157235l; Email: abdollahia@lilaw.us)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone:     (650) 521-5956
Facsimile:     (650) 521-5955
Attorneys for Plaintiff XUEYING ZHAI

Robert K. Wing, Esq. (SBN 130542)
Robert K. Wing, A PLC
Email:    rkw@rkwing.com
2424 S.E. Bristol, Suite 300
Newport Beach, CA 92660
Telephone:(949) 261-2246
Facsimile: (949) 261-0241

Attorneys for Defendants
STEVEN H. ZHANG and XIAOLI YANG

JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 22, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:_____VPC_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xueying Zhai,<br><br>          Plaintiff,<br><br>     v.<br><br>Steven Hongjie Zhang, Michael Jun Zhang, Law Office of Michael J. Zhang, Xiaoli Yang and Does 1 -10,<br><br>          Defendants. | Case No.  2:17-cv-04946-SJO-RAO<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT SUBJECT TO SETTLEMENT AGREEMENT WITH COVENANT NOT TO EXECUTE; ORDER VACATING PRE-TRIAL CONFERNECE AND JURY TRIAL DATES**<br><br>Judge: Hon. S. James Otero<br>Location: Courtroom 10C |

     UPON REVIEW OF THE STIPULATION ENTERED INTO BETWEEN

THE PLAINTIFF XUEYING ZHAI AND DEFENDANT STEVEN HONGJIE

ZHANG, Docket No. 118, and subject to the covenants and representations

contained and incorporated therein, the Court enters Judgment as follows:

1.     Plaintiff, Xueying Zhai is entitled to a Judgment against Defendant Steven Hongjie Zhang in the amount of One Million Forty Thousand Dollars ($1,040,000.00);

2.     All other claims for relief alleged and incorporated within the Plaintiff's Third Amended Complaint herein are dismissed with prejudice;

3.     Each party to bear their own attorney's fees and costs;

4.     The Court shall retain jurisdiction over the within Action (Case No. 2:17-cv-04946-SJO-RAO) to enforce the Judgment and that this Judgment is subject to the terms and covenants provided within the parties Settlement Agreement.

5.     The Pre-Trial Conference currently set for October 28, 2019 is vacated;

6.     The Jury trial currently set for November 5, 2019 is also vacated and off the Court's calendar.

IT IS SO ORDERED.

Dated: 8/22/19

_____
Hon. S. James Otero
U.S. DISTRICT JUDGE